UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROBERT YOBE,  : | |
| : | |
| Plaintiff,  : | |
| v.  : | Civil Action No. 3:15-cv-3121-BRM-TJB |
| : | |
| RENAISSANCE ELECTRIC, INC., et al.,  : | |
| : | **ORDER** |
| Defendants.  : | |

**MARTINOTTI, DISTRICT JUDGE**

**THIS MATTER** having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne Bongiovanni (Dkt. No. 23) that Plaintiff's Complaint be dismissed with prejudice pursuant to Fed. R. Civ. P. 37(b)(2) and 41(b) for failure to provide discovery, obey court orders and/or prosecute a case; the parties having been advised of their right to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2) and no objections having been filed; the Court having reviewed the Report and Recommendation and for good cause shown,

**IT IS** on this 30th day of November 2016,

**ORDERED** that the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni (Dkt. No. 23) is hereby **ADOPTED** in its entirety; and it is further

**ORDERED** that the case be **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the clerk close the case.

*/s/ Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**